TRACY L. ZUBROD, Chapter 7 Trustee
CHAPTER 7 TRUSTEE
1907 HOUSE AVE
CHEYENNE, WY 82001
PHONE: (307) 778-2557

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 JUN 25  AM 11: 36

TIM J. ELLIS, CLERK

DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| In Re: | ) | |
| --- | --- | --- |
| ARNOLD, JAMES L, JR | ) | Case No. 08-20313 PJM |
| NICKS-ARNOLD, JODI | ) | |
| | ) | |
| Debtor(s) | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

I, TRACY L. ZUBROD, Chapter 7 Trustee, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
| --- | --- | --- |
| Mister Money | 817 East Lincolnway, Cheyenne, WY 82001 | $19.22 |

DATED: June 24, 2010.

_____
TRACY L. ZUBROD
Chapter 7 Trustee, Trustee in Bankruptcy